# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

KIM COLLINS                                                                      **PLAINTIFF**

**V.**                                                      **CAUSE NO. 1:16CV7-GHD-DAS**

MATTHEW HOOD, individually,
and in his Official Capacity as a
Mississippi Highway Patrol Trooper                              **DEFENDANT**

## AGREED ORDER CERTIFYING DISMISSAL
## OF OFFICIAL CAPACITY CLAIMS AS FINAL JUDGMENT

THERE CAME ON for hearing this day the Motion of Matthew Hood ("Hood"), pursuant to Rules 54(b) of the Federal Rules of Civil Procedure, requesting the Court to certify the dismissal of the official capacity claims as a Final Judgment.

The Court being advised of the premises, and that the Plaintiff has no object to the Motion, FIND AND ORDERS as follows:

On September 29, 2017, the Court entered an order dismissing the claims of Kim Collins against the Defendant in his official capacity due to the Defendant's sovereignty immunity from suit on such claims. There is no just reason for delaying the entry of final judgment of dismissal of the claims of Kim Collins against the Defendant in his official capacity and the September 29, 2017, should be and hereby is certified as a Final Judgment as to the

claims of Kim Collins against the Defendant in his official capacity but not as to the individual capacity claims.

SO ORDERED AND ADJUDGED this then _13th_ day of _Nov._, 2017.

_Glen H. Davidson_
SENIOR U.S. DISTRICT JUDGE